IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE:<br><br>WEST CORPORATION FLSA LITIGATION | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:06CV390<br><br>ORDER<br><br>IV - CLEMENS GROUP FILE<br><br>This Pleading Applies to:<br>\_\_\_\_8:06CV123 (Clemens)<br>\_\_\_\_8:06CV64  (D'Agosta)<br>\_\_\_\_8:06CV81  (Eadie)<br>\_\_\_\_8:06CV68  (Garcia)<br>\_\_\_\_8:06CV105 (Holt)<br>\_\_\_\_8:06CV108 (Kyhn)<br>\_\_\_\_8:06CV103 (McNamara)<br>\_\_\_\_8:06CV112 (Parnell)<br>\_\_\_\_8:06CV111 (Steiger)<br>\_\_\_\_8:06CV116 (Swanson)<br>\_\_\_\_8:06CV96  (Watson)<br>\_\_\_\_All |

Exhibit A of defendant's motion for consolidation (filing 11 in 8:06CV59) did not assign plaintiff Kathi Eadie in 8:06CV81 to any of the proposed groups.

Defendant's counsel has now telephoned this chambers and reported that Kathi Eadie should be a part of the group designated "IV-Clemens Group File."

IT THEREFORE HEREBY IS ORDERED:

1. Defendant's unopposed oral motion to add Kathi Eadie to Group IV - CLEMENS GROUP FILE, 8:06CV390, is granted and the heading of this group is amended as provided above.

2. The clerk is directed to add Kathi Eadie, 8:06CV81, to the above group.

DATED June 19, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge